STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MOHRBACHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JACLYN MOHRBACHER,<br><br>　　　　　Defendant. | No. CR 13-00078 YGR<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING DATE<br>TO MAY 9, 2013 AND TO EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　April 4, 2013<br>Time:　　2:00 p.m. |

　　　　The above-captioned matter is set on April 4, 2013 before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to May 9, 2013, at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between April 4, 2013 and May 9, 2013 so that the defense can have more time to assess the discovery in this case, to investigate and research a potential motion to suppress and to collect prior conviction records.

　　　　On February 7, 2013, the Grand Jury charged Jaclyn Mohrbacher as a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g). She faces a maximum sentence of 10 years on this charge. On March 5, 2013, Ms. Mohrbacher made her initial appearance before the

1  magistrate court in Oakland, California, and, on March 8, 2013, she waived a detention hearing
2  (without prejudice) because of a state hold on pending charges.

3  The parties are discussing plea negotiations and anticipate that this case may resolve
4  short of trial.  In the meantime, however, the defense requests that the Court continue this matter
5  to give counsel additional time to review the discovery, to meet with Ms. Mohrbacher and to
6  investigate the case to determine whether there is a sufficient legal and factual basis to present
7  the Court with a motion to suppress.  In addition, the defense needs time to collect prior
8  conviction records and to research and assess the Guidelines applicable to Ms. Mohrbacher.  For
9  these reasons, the defense requests additional time to prepare, and the parties agree that it is
10 appropriate to continue this case until May 9, 2013.

11 The parties stipulate and agree that the ends of justice served by this continuance
12 outweigh the best interest of the public and the defendant in a speedy trial.  The parties further
13 agree that the failure to grant this continuance would unreasonably deny counsel for defendant
14 the reasonable time necessary for effective preparation, taking into account the exercise of due
15 diligence.

16 Accordingly, the parties agree that the period of time from April 4, 2013 until May 9,
17 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.
18 §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account
19 the exercise of due diligence.

20 DATED: April 2, 2013                                    /S/
                                                         BRIGID S. MARTIN
21                                                       Assistant United States Attorney

22
   DATED: April 2, 2013                                    /S/
23                                                       ANGELA M. HANSEN
                                                         Assistant Federal Public Defender
24

25

26

2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. Given that the Ms. Mohrbacher made her initial appearance in March and that defense counsel needs additional time to review the discovery and to investigate and research a potential motion to suppress;

2. Given that the defense needs additional time to collect records and to research and assess the Guidelines and defendant's criminal history category;

3. Given that these above-listed tasks are necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is hereby ordered that the status date of April 4, 2013, scheduled at 2:00 p.m., is vacated and reset for May 9, 2013 at 2:00 p.m.  It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 4, 2013 until May 9, 2013.

DATED: April 3, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge