MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3697
   Fax: (510) 637-3724
   E-Mail: Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00078 YGR |
| ) | |
| v. ) | STIPULATED REQUEST TO SET CHANGE OF PLEA FOR MAY 30, 2013, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT **AND ORDER** |
| JACLYN MOHRBACHER, ) | |
| Defendant. ) | |
| ) | |

     The parties request that the Court vacate the status hearing currently set for May 9, 2013, and reset this matter for change of plea on May 30, 2013, at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and May 30, 2013.

     The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and submitted the proposed plea agreement to the Court via letter dated May 6, 2013. To allow time for the Court to consider the proposed plea agreement, the parties request that this matter be set on May 30, 2013, for change of plea. Since the proposed plea agreement has been submitted to the Court, the parties further stipulate and agree that the time between the date of this stipulation, and May 30, 2013, should be excluded under the Speedy Trial Act, specifically, pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of

STIP. REQUEST TO SET HEARING
CR 13-00078 YGR

1  a proposed plea agreement to be entered into by the defendant and the attorney for the
2  government.
3
4                                          Respectfully submitted,
5
6  Date: May 7, 2013                       /s/ Brigid S. Martin
                                           Brigid S. Martin
7                                          Assistant United States Attorney
8
9  Date: May 7, 2013                       /s/ Angela Hansen
                                           Angela Hansen
10                                         Counsel for Jaclyn Mohrbacher

STIP. REQUEST TO SET HEARING
CR 13-00078 YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00078 YGR |
| ) | |
| ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA ON MAY 30, 2013, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v.  ) | |
| ) | |
| JACLYN MOHRBACHER, ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| ) | |
|  ) | |

The parties jointly requested that this matter be set for change of plea on May 30, 2013, at 2:00 p.m. The parties further requested that time be excluded under the Speedy Trial Act between the date of this Order and May 30, 2013, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that the status appearance set for May 9, 2013 is **VACATED** and this case is **RESET** for change of plea on May 30, 2013, at 2:00 p.m., and that time between the date of this Order and May 30, 2013, is excluded under the Speedy Trial Act,

STIP. REQUEST TO SET HEARING
CR 13-00078 YGR

1  specifically, pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed
2  plea agreement to be entered into by the defendant and the attorney for the government.

4  DATED: May 8, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

STIP. REQUEST TO SET HEARING
CR 13-00078 YGR