# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) |  |
| Jaclyn Mohrbacher | ) | USDC Case Number: CR-13-00078-001 YGR |
|  | ) | BOP Case Number: DCAN413CR00078-001 |
|  | ) | USM Number: 18039-111 |
|  | ) | Defendant's Attorney: Erik Babcock, Appointed |

**THE DEFENDANT:**

☑ admitted guilt to Charges One, Two, Three, and Four of the Petition for Arrest Warrant for Offender Under Supervision dated August 7, 2018.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report within 72 hours of release | June 11, 2018 |
| Two | Possession of a Controlled Substance | June 29, 2018 |
| Three | Failure to complete a residential drug treatment program | June 21, 2018 |
| Four | Failure to reside at the RRC for 4 months | June 29, 2018 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6288

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:
Union City, California

2/28/2019
Date of Imposition of Judgment

*Signature of Judge*
The Honorable Yvonne Gonzalez Rogers
United States District Judge
Name & Title of Judge

 March 5, 2019
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT: Jaclyn Mohrbacher                                                                                                     Judgment - Page 2 of 2
CASE NUMBER: CR-13-00078-001 YGR

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
13 months with no term of supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at          ☐ am   ☐ pm   on (no later than 2:00 pm).

   ☐ as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ at          ☐ am   ☐ pm   on (no later than 2:00 pm).

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL